**FILED**
August 30, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __klw__
DEPUTY

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA
V.

STEVE RAY SHICKLES JR.

CRIMINAL NUMBER:

1:22-cr-187(1) RP
5:22 CR 282 LCB/ HNJ

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Steve Ray Shickles, Jr., defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Texas in which I, Steve Ray Shickles, Jr., (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 25th 2022 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Northern District of
Alabama

Certified to be a true and correct copy of the original.
U.S. District Court
Northern District of Alabama
By: K. Bowman
Deputy Clerk

Digitally signed by KRISTY CALLAHAN
Date: 2022.08.25 17:41:43 -05'00'

on behalf of the
United States Attorney for the
Western District of
Texas