# U.S. District Court
# Northern District of Alabama (Northeastern)
# CRIMINAL DOCKET FOR CASE #: 5:22-cr-00282-LCB-HNJ-1
# Internal Use Only

Case title: USA v. Shickles

Date Filed: 07/28/2022

Date Terminated: 08/30/2022

Assigned to: Judge Liles C Burke
Referred to: Magistrate Judge Herman N Johnson, Jr



**Defendant (1)**

**Steve Ray Shickles, Jr**
*TERMINATED: 08/30/2022*

represented by **Kevin L Butler**
FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205-208-7170
Email: ALNFD_Notice@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Latasha L McCrary**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, AL 35801
256-684-8700
Fax: 256-519-5948
Email: latasha_mccrary@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1343 FRAUD BY WIRE, RADIO, OR TELEVISION<br>(1) | Rule 20- Consent to Transfer Case |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Prim F. Escalona, US Attorney**<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>244-2001<br>Email: Caseview.ecf@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**US Probation**<br>UNITED STATES PROBATION OFFICE<br>Robert Vance Bldg.<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>205-716-2900<br>Email: alnpdb_cmecf@alnp.uscourts.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**USM**<br>UNITED STATES MARSHAL<br>Hugo Black Courthouse, Room 240<br>1729 5th Avenue North<br>Birmingham, AL 35203<br>205-731-1712<br>Email: usms-aln-courts@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Michael Ryan Pillsbury**<br>U.S. ATTORNEY'S OFFICE, |

NORTHERN DISTRICT OF ALABAMA
400 Meridian Street, Ste. 304
Huntsville, AL 35801
256-534-8285
Fax: 256-539-3270
Email: michael.pillsbury@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2022 | 1 | INFORMATION as to dft Steve Ray Shickles, Jr (1) count(s) 1. (KBB) (Entered: 07/28/2022) |
| 07/28/2022 | 2 | PLEA AGREEMENT as to dft Steve Ray Shickles, Jr (KBB) (Entered: 07/28/2022) |
| 08/04/2022 | 3 | TEXT ORDER as to Steve Ray Shickles, Jr.: Arraignment set for 8/17/2022 at 9:00 AM before the undersigned via video-teleconference. Should defendant request an in-person hearing, counsel shall notify the undersigned's courtroom deputy no later than 24 hours prior to the hearing. Signed by Magistrate Judge Herman N Johnson, Jr on 8/4/22. (SHB) (Entered: 08/04/2022) |
| 08/17/2022 | 4 | WAIVER OF INDICTMENT by Steve Ray Shickles, Jr (SHB) (Entered: 08/17/2022) |
| 08/17/2022 |  | Minute Entry for proceedings held before Magistrate Judge Herman N Johnson, Jr: Initial Appearance and Arraignment as to Steve Ray Shickles Jr (1) Count 1 held on 8/17/2022; AFPD McCrary present for dft; AUSA Pillsbury present for govt; USPO King present; charges and rights explained; court addressed waiver of indictment w/ dft and Brady obligations w/ govt - parties acknowledge same; dft wvd rdg of information and entered plea of not guilty; govt does not oppose bond; dft released on $5,000 u/s bond w/ conditions more set out; hrg adj. (Court Reporter Christina Decker) (SHB) (Entered: 08/17/2022) |
| 08/17/2022 | 5 | Unsecured Bond Entered as to Steve Ray Shickles, Jr in amount of $5,000 with order setting conditions of release attached (SHB) (SHB, ). (Entered: 08/17/2022) |
| 08/26/2022 | 6 | STANDING DISCOVERY ORDER with instructions and deadlines set out as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/26/2022 | 7 | STANDING BRADY DISCOVERY ORDER as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson, Jr on 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/26/2022 | 8 | SCHEDULING ORDER and NOTICE that certain deadlines and instructions apply as set out as to Steve Ray Shickles, Jr. Signed by Magistrate Judge Herman N Johnson, Jr on 8/26/22. (SHB) (Entered: 08/26/2022) |
| 08/30/2022 | 9 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Texas Counts closed as to Steve Ray Shickles Jr (1) Count 1. (KBB) (Entered: 08/30/2022) |