## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

August 30, 2022

TO:   Clerk, U.S. District Court
      501 West Fifth Street, Suite 1100
      Austin, TX 78701

RE:   USA v. Steve Ray Shickles, Jr
      Our Case No. 5:22-cr-282-LCB-HNJ

Dear Sir/Madam:

Pursuant to provisions of Rule 20, Federal Rules of Criminal Procedure, I am transmitting Consent to Transfer of Case for Plea and Sentence and copies of the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By:  /s/_____
     K. Bowman, Deputy Clerk

Enclosures