FILED

2022 Aug-17  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the

### Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:22-cr-282-LCB-HNJ |
| | ) | |
| | ) | |
| Steve Ray Shickles, Jr. | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:      8/17/2022

*Defendant's signature*

*Signature of defendant's attorney*

Latasha L. McCrary
*Printed name of defendant's attorney*

Herman N. Johnson Jr.   Digitally signed by Herman N. Johnson Jr.
Date: 2022.08.17 11:21:26 -05'00'

*Judge's signature*

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Judge's printed name and title*