# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| v. | § | Case Number: AU:22-CR-00187(1)-RP |
| | § | |
| **(1) Steve Ray Shickles Jr.** | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substituted attorney is appointed.

SIGNED this 1st day of September, 2022.

_____
**DUSTIN M. HOWELL**
**UNITED STATES MAGISTRATE JUDGE**