UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. AU:22-CR-187(1)-RP |
| STEVE RAY SHICKLES, JR. | § § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Horatio R. Aldredge, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted.

    MAUREEN SCOTT FRANCO
    Federal Public Defender

    /s/ HORATIO R. ALDREDGE
    Supervisory Assistant Federal Public Defender
    Western District of Texas
    Lavaca Plaza
    504 Lavaca St., Ste. 960
    Austin, Texas 78701
    (512) 916-5025 / (512) 916-5035 (FAX)
    Bar Number: Texas 00795216

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Austin Duty AUSA
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701

    /s/ HORATIO R. ALDREDGE