**United States District Court**
**Western District of Texas**
**Austin Division**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.   A-22-CR-187-RP** |
| | ) | |
| **Steve Ray Shickles, Jr.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Government's Notice of Attorney Appearance**

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance.

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby notifies the Defendant and this Court that Assistant United States Attorney, Matthew B. Devlin will act as counsel for the Government in the above-named proceeding and that the Austin Duty AUSA, should no longer receive the electronic notifications on the above entitled cause.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:     */s/ Matthew B. Devlin*
MATTHEW B. DEVLIN
Assistant United States Attorney
TX State Bar No. 00795012
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
A/C 512 916-5858
FAX 512 916-5854

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this the 6th day of September, 2022, a copy of the foregoing Government's

Notice was filed with the Clerk of the Court using the CM/ECF System, thus providing notification

of such filing to all counsel of record.

/s/*MATTHEW B. DEVLIN*
Matthew B. Devlin
Assistant United States Attorney