FILED
2022 Aug-17 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } |
| v. | }   CASE NO. 5:22-cr-282-LCB-HNJ |
| | } |
| STEVE RAY SHICKLES, JR. | }   1:22-cr-187 RP |

### APPEARANCE BOND

Non-surety: I, the undersigned defendant acknowledges that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $5,000.00.

The conditions of this bond are that the defendant is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred (condition of this bond are attached). The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the bond is exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

Dated this 17th day of August, 2022.

_Steve Ray Shickles Jr._ (signature)
Defendant's Signature

Steve Ray Shickles Jr.
Defendant's Printed Name

Redacted
Mailing Address

Round Rock, TX  Redacted
City, State, Zip Code

Redacted   2999
Telephone Number

(07/20)

# ORDER SETTING CONDITIONS OF RELEASE
# NORTHERN DISTRICT OF ALABAMA

It is ORDERED that the defendant's release in this case is subject to the following Standard Terms and Conditions of Release:

☒ (1) You must not commit any federal, state, or local crime.

☒ (2) You must maintain your current residence and advise your supervising officer before making any change in address or telephone number.

☒ (3) You must appear at all proceedings as required and, if convicted, must surrender for service of any sentence the court may impose.

☒ (4) You must report to your supervising officer as instructed, and you must answer truthfully all questions asked by that officer. You also must allow your supervising officer to visit you at any time at your home or elsewhere, and you must permit your supervising officer to take any items prohibited by the terms of your release that he or she observes in plain view during a visit.

☒ (5) You must not contact, intimidate, or threaten any witness, victim, juror, informant, criminal investigator, or officer of the court.

☒ (6) If you are arrested, questioned, or stopped by a law enforcement officer, you must report this contact to your supervising officer as soon as possible.

☒ (7) You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

☒ (8) You must not own, possess, or have access to any firearm, ammunition, dangerous weapon, or destructive device, and you consent for the United States Marshals Service or the United States Probation Office to search your person, car, or home at any time for weapons or ammunition.

☒ (9) You must not use, possess, or be around any unlawful controlled substances or the paraphernalia associated with the use of controlled substances. You may possess and use only prescription medication lawfully prescribed by a licensed medical practitioner. If directed by your supervising officer, you must submit to testing or urinalysis to determine whether you have used or consumed any unlawful or unprescribed substances. If deemed appropriate by your supervising officer, you must participate in drug abuse or alcohol abuse treatment programs, including evaluation, therapy, and residential programs as directed by your supervising officer.

In addition to the Standard Terms and Conditions of Release, it is ORDERED that the defendant's release in this case is subject to the following Special Terms and Conditions of Release:

☐ (10) You are released to the third-party custody of:

    Name of person(s): _____
    Address: _____
    City and State: _____
    Telephone Number: _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure your appearance at all court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

    Signature of Third-Party Custodian: _____
    Date: _____

☐ (11) You must submit to an electronic location monitoring program with the appropriate technology and equipment to be determined by U.S. Probation Office, and you must comply with all program requirements as instructed by your supervising officer.
    ☐ You must pay all costs of the program;
    ☐ You must pay $_____ per week of the cost of the program; or
    ☐ You are not required to pay the cost of the program.

☐ (12) You must comply with the following restrictions:
    ☐ (a) **curfew,** which means that you must remain at your residence between the hours of _____ and _____, except that you may handle personal matters from _____ to _____. The curfew schedule may be modified at the discretion of the probation officer.
    ☐ (b) **home detention,** which means that you must remain at your residence at all times, except for activities pre-approved by your supervising officer as follows: _____
    ☐ (c) **home incarceration,** which means that you must remain at your residence at all times except for activities pre-approved by the Court.

☒ (13) You must abide by the following travel restrictions: <u>your travel is restricted to the Northern District of Alabama and the Western District of Texas unless prior approval is given by the United States Probation Officer.</u>

☒ (14) You must surrender your passport if you have one, and you must not obtain a new passport or any other international travel document.

3

☒ (15) You must actively seek employment or maintain employment, unless excused by your supervising officer for school, medical or other reasons.

☐ (16) You must maintain or commence an educational program.

☐ (17) You must avoid all contact with the following persons: _____
_____
_____

☒ (18) You must refrain from the ☐ use or ☒ excessive use of alcohol and submit to testing to determine whether you have used alcohol.

☐ (19) You must submit to medical or psychiatric treatment and/or counseling as follows: <u>you must participate in mental health treatment/counseling as directed by the United States Probation Office.</u>

☐ (20) You must not have unsupervised contact with anyone under 18 years of age.

☐ (21) You must not use a computer or any other electronic device capable of accessing the internet, and you consent for the United States Marshals Service or the United States Probation Office to search your person, car, or home at any time for electronic devices, to seize any device found, and to provide the device to any appropriate law enforcement agency.

☒ (22) You may not obtain any new lines of credit, including loans, credit cards, etc., without the permission of your supervising officer.

☐ (23) You must comply with the following additional conditions:

## NOTICE TO THE DEFENDANT

**If you violate any of your conditions of release, the court may immediately issue a warrant for your arrest, revoke your release, and order you to be detained pending trial, as provided in 18 U.S.C. § 3148, and you could be prosecuted for contempt as provided in 18 U.S.C. § 401, which could result in a term of imprisonment or a fine.**

If you commit any new offense while on pretrial release, upon conviction this new offense may result in an additional sentence to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony, or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

4

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim, or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146 if you knowingly fail to appear as required by the conditions of release, or you fail to surrender to serve any sentence pursuant to a court order. If you were released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisonment not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear or surrender my result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of and understand the conditions of release. I promise to obey the conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above. I understand that by signing this document I am consenting to the search(es) described above.

_____
Defendant's Signature

Signed and acknowledged before me this 17th day of August, 2022.

Herman N. Johnson Jr. *Digitally signed by Herman N. Johnson Jr. Date: 2022.08.17 11:22:03 -05'00'*

Herman N. Johnson, Jr.
United States Magistrate Judge

5