**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SEP 26 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

v.

Case Number: AU:22-CR-00187(1)-RP

(1) Steve Ray Shickles Jr.
*Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, (1) Steve Ray Shickles Jr., the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 26th day of September, 2022.

_____
(1) Steve Ray Shickles Jr.
*Defendant*

_____
Horatio R. Aldredge
*Attorney for Defendant*

_____
Matthew B. Devlin
*Assistant U.S. Attorney*