UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:22-CR-00187(1)-RP |
| (1) Steve Ray Shickles Jr. | § | |

**ORDER**

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Dustin Howell for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 26th day of September, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE