AO 455 (Rev. 01/09) Waiver of an Indictment



FILED

SEP 26 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**United States of America**

v.                                                          NO: AU:22-CR-00187(1)-RP

**(1) Steve Ray Shickles Jr.**

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   September 26, 2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Horatio R. Aldredge
*Printed name of defendant's attorney*

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE