UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. A:22-cr-187 RP |
| STEVE RAY SHICKLES, JR. | § § § | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, Defendant Steve Ray Shickles, Jr., by and through his attorney, and files this Unopposed Motion to Continue Sentencing for ninety (90) days, and would show the Court the following:

**I**

This case is set for sentencing on February 3, 2023. This continuance is sought so that Mr. Shickles might have sufficient time to prepare for sentencing. The continuance is requested in the interest of justice and not for purpose of delay.

**II**

Mr. Shickles is on bond and in full compliance with the Court's conditions of release.

**III**

The Government is unopposed to this request.

Wherefore Defendant Shickles respectfully requests that sentencing in this cause be continued for ninety (90) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

By: _____
/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of January 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Matt Devlin
Assistant U.S. Attorney
903 San Jacinto Boulevard, Suite 334
Austin, TX 78701

_____
/s/ HORATIO R. ALDREDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. A:22-cr-187 RP |
| STEVE RAY SHICKLES, JR. | § | |

**ORDER**

ON THIS DATE came on to be considered Defendant Steve Ray Shickles, Jr.'s Unopposed Motion to Continue Sentencing Hearing, and the requested relief is hereby GRANTED.

The Court finds that for the reasons stated in the Defendant's motion, the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

IT IS THEREFORE ORDERED THAT sentencing in this matter is hereby reset to _____, _____, at _____ a.m./p.m.

SIGNED THIS _____ DAY OF _____, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE