UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:22-CR-00187(1)-RP |
| (1) Steve Ray Shickles Jr. | § | |

ORDER

It is **ORDERED** that the Motion SEALED EX PARTE (Doc. 21) filed on March 16, 2023, is hereby **REFERRED** to United States Magistrate Judge Dustin Howell for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 20th day of March, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE