IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CR-187-RP |
| | § | |
| STEVE RAY SHICKLES, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Third-Party Simple Helix LLC's ("Movant") motion to quash subpoena duces tecum, (Dkt. 25). Neither the United States ("the Government") nor Defendant Steve Ray Shickles, Jr. ("Defendant") has filed a response in opposition to the motion. While Defendant filed a memorandum in support of the issuance of a subpoena, (Dkt. 28), the filing does not address the merits of Movant's motion. Therefore, because no relevant briefing in opposition has been timely filed, the Court will grant Movant's motion to quash.

For good cause shown, **IT IS ORDERED** that Simple Helix LLC's motion to quash, (Dkt. 25), is **GRANTED**. The subpoena duces tecum is **QUASHED**.

**SIGNED** on May 8, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1