IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CR-187-RP |
| STEVE RAY SHICKLES, JR., | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Steve Ray Shickles, Jr.'s ("Defendant") motion for reconsideration. (Dkt. 30). Defendant's certificate of service notes that the Government has been served with a copy of the motion, but not third-party movant Simple Helix LLC ("Movant"). (*Id.*).

**IT IS THEREFORE ORDERED** that Defendant shall serve a copy of the motion and this order via email to Movant as soon as possible. Movant shall have 7 days from the date of service to respond to Defendant's motion for reconsideration.

**SIGNED** on May 15, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE