Exhibit F

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Real and Personal Property**

| Real Property | |
|---|---|
| 40 Verdant Circle SE, Huntsville, AL | 628,600 |
| Cars, Vans, Trucks, Tractors, SUV, Motorcycles | |
| 2016 Tesla X | - |
| 2018 Mercedes GLS550WV | 72,000 |
| 2018 BMW M4 | 55,000 |
| 2018 BMW 230i | 28,000 |
| 2017 Ford Transit Cutaway | 35,000 |
| 2017 Ford Escape | 10,000 |
| 2017 Tiffin Allegro 34 PA | 70,000 |
| Electric Golf Cart | - |
| Household Goods and Furnishings | |
| China | 1,500 |
| Crystal | 520 |
| Flatware | 50 |
| Serving Pieces | 250 |
| Assorted Art | 750 |
| Keeping Room | |
| Couch | 500 |
| Chair | 200 |
| Sofa Table | 200 |
| Small Cabinet | 200 |
| Small End Table | 100 |
| Medium End Table | 150 |
| Lamp | 20 |
| Lamp | 20 |
| 65" LG TV | 600 |
| Recliner | 250 |
| Area Rug | 200 |
| Alexa Show | 25 |
| Kitchen | |
| Dining Table w/ 4 Chairs | 750 |
| Bar Chairs | 400 |
| Keurig Coffee Maker | 20 |
| Breville Barista Express | 100 |
| GE Refrigerator | 300 |
| GE Mini Refrigerator | 75 |
| GE Microwave | 50 |
| GE Dishwasher | 150 |
| GE Stovetop | 300 |
| GE Dual Oven  -Fixture | 800 |

1

| | |
|---|---|
| Breville Toaster Oven | 50 |
| Alexa Show | 25 |
| Wood Bar Cart | 40 |
| Dining Room | |
| China Cabinet | 1,000 |
| Dining Table w/ 8 Chairs | 1,000 |
| Console Table | 300 |
| Lamp | 20 |
| Glass Bar Cart | 40 |
| Study | |
| Pink Desk Chair | 40 |
| Desk | 300 |
| Bookcase | 600 |
| HP Laser Printer | 200 |
| Silhouette Cameo | 50 |
| 1st Gen Microsoft Surface Desktop | 500 |
| Small Seat w/ Storage | 50 |
| Small Storage Chest | 25 |
| Two (2) Leather Chairs | 500 |
| Small Area Rug | 75 |
| Master Bedroom | |
| 55" Samsung TV | 400 |
| Apple TV | 25 |
| Dresser | 500 |
| Chest of Drawers | 400 |
| Night Stand | 250 |
| Night Stand | 250 |
| Chair & Ottoman | 300 |
| King Bed | 500 |
| Lamp | 20 |
| Lamp | 20 |
| Alexa Echo | 15 |
| Google Home | 15 |
| Sonos Play Bar | 125 |
| Sonos Sub | 100 |
| Area Rug | 200 |
| Jewelry Cabinet | 75 |
| Watch Winder | 250 |
| Closet | |
| Eleven (11) Sonos Amps | 550 |
| Dennon Stereo | 250 |
| Wink Hub | 25 |
| 16 Port Edge Switch | 50 |
| Unifi Edge Router | 50 |

2

| | |
|---|---|
| Unifi Security Gateway | 50 |
| 48 Port Edge Switch | 125 |
| Great Room | |
| Couch | 800 |
| End Table | 250 |
| Swivel Chair | 300 |
| Swivel Chair | 300 |
| Coffee Table | 150 |
| Small End Table | 100 |
| Sofa Table | 250 |
| China Cabinet | 600 |
| Media Room | |
| 55" Samsung TV | 300 |
| Yamaha Stereo | 150 |
| 3:1 Definitive Speakers | 200 |
| Sony Playstation Pro | 125 |
| Microsoft Xbox One X | 125 |
| Misc Star Wars Figures | 225 |
| Darth Vader Helmet | 250 |
| Two (2) Life Size Storm Troopers | 200 |
| HP Omen Desktop Computer | 500 |
| Asus Monitor | 175 |
| Nextdesk Computer Desk | 325 |
| Leather Couch | 500 |
| Coffee Table | 150 |
| End Table | 100 |
| Area Rug | 325 |
| Eighty-Four (84) Board Games | 650 |
| Signed Chewbacca Mini Figure | 250 |
| Signed Boba Fett Mini Figure | 250 |
| Three (3) Wolf Design Watch Winders | 150 |
| Star Wars X-Wing Pilot Helmet | 200 |
| Fifteen (15) Signed Star Wars Pictures | 1,500 |
| Signed Mike Tyson Boxing Gloves | 200 |
| Sonos Amp | 25 |
| Desk Chair | 250 |
| Sennheiser HD800 Headphones | 250 |
| Two (2) End Tables | 300 |
| Misc. Luggage | 600 |
| Office | |
| Two (2) Filing Cabinets | 500 |
| Two (2) Bookcases | 300 |
| Desk | 350 |
| QNAP NAS | 150 |

3

| | |
|---|---|
| iMac Pro Computer | 2,000 |
| Two (2) Sonos Play:1 Speakers | 250 |
| Sonos Sub | 150 |
| Google Home | 25 |
| Epson Inkjet Printer | 50 |
| APC UPS | 15 |
| Apple MacBook Pro | 750 |
| Microsoft Surface Pro 4 | 250 |
| Misc. Books | 200 |
| Dyson Floor Fan | 100 |
| Two (2) Monopods | 150 |
| Eleven (11) Travel Tripods | 1,100 |
| Misc. Travel Bags | 250 |
| Misc. Osmo Accessories | 200 |
| Misc. Headphones | 1,200 |
| Three (3) Nest Cameras | 300 |
| Ronin-S | 250 |
| Two (2) Signed Auburn Helmets | 200 |
| Bedroom 1 | |
| Two (2) Bookcases | 300 |
| Dresser | 200 |
| Full Size Bed | 200 |
| Night Stand | 100 |
| Small Desk | 50 |
| Apple MacBook Pro | 400 |
| Apple iPad 10" | 250 |
| Tall Dresser | 150 |
| Small Desk Chair | 25 |
| Bedroom 2 | |
| Full Size Bed | 250 |
| Dresser | 150 |
| Tall Dresser | 150 |
| Apple MacBook Pro | 500 |
| Lamp | 20 |
| Apple iPad 10" | 250 |
| Night Stand | 50 |
| Bonus Room | |
| Tabletop Arcade | 450 |
| 42" Samsung TV | 100 |
| Microsoft Xbox One S | 75 |
| Sole F63 Treadmill | 250 |
| Peloton Bike | 350 |
| LoveSac  Sectional | 900 |
| Garage | |

4

| | |
|---|---|
| GE Refrigerator | 200 |
| Milwaukee 46" Storage Chest | 150 |
| Glowforge Laser Engraver | 250 |
| Sonos Play 3 | 125 |
| Apple iPad 10" | 250 |
| Carvey Desktop CNC | 125 |
| Fort Knox Fun Safe | 300 |
| Barnett Crossbow | 175 |
| Life Fitness Elliptical | 150 |
| Concept 2 Rower | 150 |
| Three (3) Swivel Chairs | 450 |
| Callaway Golf Clubs | 450 |
| Two (2) DJI Inspire 2 Drones | 1,500 |
| Two (2) DJI Mavic Air Drones | 300 |
| DJI Goggles | 175 |
| Segway (Ninebot) Mini | 100 |
| 11" Heat Press | 250 |
| Sawgrass Inkjet Printer | 150 |
| Lulzbot Taz 3D Printer | 100 |
| Ten (10) Pelican Travel Cases | 1,000 |
| Misc Hand Tools | 1,000 |
| Misc Power Tools | 2,000 |
| Five (5) Work Benches | 500 |
| 1 Large Work Table | 250 |
| Segway | 500 |
| Kids Bike | 75 |
| Telescope & Stand | 150 |
| 2 Wet/Dry Vacuums | 100 |
| OneWheel | 185 |
| 1st Gen Boosted Board | 75 |
| Electric Pressure Washer | 100 |
| Four (4) Camp Chairs | 60 |
| Misc. Camping Gear | 250 |
| Two (2) Coolers | 100 |
| Misc. Home Automation Devices | 500 |
| Four (4) Radio Controlled Toy Cars | 250 |
| Gerber Knife Set | 150 |
| Cutting Mats | 50 |
| Misc. Geo Caching Items | 150 |
| Read Rig Harness | 500 |
| Ronin 2 | 3,000 |
| Everlast Punching Bag | 100 |
| Hand Weights | 75 |
| Misc. Medicine Balls | 25 |

5

| | |
|---|---|
| Four (4) Ladders | 175 |
| Small Air Unit | 100 |
| Three (3) Small Storage Units | 300 |
| One (1) Large Storage Cabinet | 200 |
| Three (3) Rolling Storage Bins | 150 |
| 3-D Printer Cart | 100 |
| Misc. Christmas Items | 1,500 |
| DJI Phantom Drone | 200 |
| APC Battery Backup | 350 |
| Desktop calipers – stnd height gauge | 200 |
| Detached Garage | |
| Patio Furniture | 1,500 |
| Big Green Egg | 200 |
| Epilog Laser 75 Watt | 1,500 |
| MakerBot Replicator Z18 | 250 |
| Canon Inkjet Printer | 125 |
| Two (2) LG Computer Monitors | 500 |
| Apple MacBook Pro (2016) | 450 |
| 55" Sony TV | 250 |
| Nikon D5 DSLR Camera | 1,500 |
| Canon EOS 1DX DSLR Camera | 1,750 |
| FujiFilm X-T2 Mirrorless Camera | 500 |
| Panasonic Lumix GH5 Mirrorless Camera | 350 |
| Sony A7RII Mirrorless Camera | 400 |
| Apple HomePod | 200 |
| Seneca NVR | 150 |
| Two (2) HP DL380 Gen10 Servers | 1,000 |
| QNAP SMB NAS | 275 |
| Sony 4K Handycam | 200 |
| Apple Mac Pro (2013) | 100 |
| Alexa Show | 25 |
| Yamaha Stereo | 75 |
| Sonos Connect Amp | 25 |
| Canon Lenses - 10-18mm, 85mm, 24-105mm, 11-24mm, 14mm, 85mm, 135mm, 8-15mm, 24mm, 16-35mm, 70-200mm | 2,750 |
| Sony Lenses - 100mm, 16-35mm, 24-70mm, 90mm, 85mm, 70-200mm, 100-400mm | 1,750 |
| Olympus Lenses - 40-150mm, 35-100mm, 56mm, 18-135mm | 1,000 |
| Lumix Lenses - 12-35mm, 42mm, 14-140mm | 750 |

6

| | |
|---|---|
| Nikon Lenses - 35mm, 85mm, 70-200mm, 24-70mm, 135mm, 85mm, 24mm, 14-24mm | 2,000 |
| Office Chair | 125 |
| Dell 27" Monitor | 150 |
| Playstation 4 | 125 |
| Sony A9 | 1,500 |
| Sony A7II | 400 |
| Sony RX1 | 600 |
| Sony RX100 VI | 300 |
| 42" Computer Cabinet | 150 |
| Sonos Sub | 250 |
| Two (2) Sonos Play 1 Speakers | 100 |
| ThinkPad Laptop | 250 |
| Apple iMac | 1,500 |
| Step Ladder | 25 |
| Two (2) Promise Storage Arrays | 500 |
| Misc. Camera Accessories | 2,500 |
| 1st Gen Apple iPad | 150 |
| DJI Mavic Pro | 250 |
| Nikon D4 | 600 |
| Nikon D4S | 800 |
| Olympus E-M1 | 200 |
| Fujifilm X-Pro2 | 600 |
| Two (2) Fujifilm X-T1 | 200 |
| Canon 5D III | 400 |
| Canon 5DSR | 1,000 |
| Canon 1DC | 1,200 |
| Canon 1D | 200 |
| Canon 1DX | 1,250 |
| Two (2) Panasonic GH4 | 400 |
| Nikon D850 | 1,500 |
| Nikon D810 | 600 |
| Panasonic GH5S | 1,250 |
| Canon M3 | 100 |
| Canon 70D | 150 |
| Equipment for Sports and Hobbies | |
| Golf Clubs | |
| Firearms | |
| Gunwerks .375 Cheytac Rifle | 3,500 |
| TMR 6.5 Creedmoor Rifle | 2,000 |
| Accurate Ordnance 6.5 Creedmoor Rifle | 2,000 |
| Stiller .308 Win Rifle | 1,300 |
| Barrett 50 Cal Rifle | 3,800 |

7

| | |
|---|---|
| Springfield .40mm Handgun | 250 |
| HK Mark 23 .45mm Handgun | 1,000 |
| Mossberg 930 Shotgun | 400 |
| Kriss Vector .45mm Rifle | 900 |
| Springfield .9mm Handgun | 250 |
| Springfield USP Tactical .45mm Handgun | 700 |
| FNH FNP-45 .45mm Handgun | 450 |
| Colt Defense AR-15 Rifle | 800 |
| FNH FNP-9 .9mm Handgun | 350 |
| Glock 9mm Handgun | 400 |
| Glock 9mm Model 28 | 400 |
| Ruger 9mm | 200 |
| Sabre Defense AR-15 Rifle | 2000 |
| Desert Tech .308 | 1000 |
| FN SCAR 17s 762 | 3000 |
| Clothes | |
| Men's clothing and accessories | 500 |
| Women's clothing and accessories | 5,000 |
| Jewelry | |
| IWC Watch | 800 |
| Bremont Endurance Watch | 1,500 |
| Raymond Weil Watch | 800 |
| Tag Heuer Watch | 4,750 |
| Apple Series 4 Watch | 300 |
| Diamond Engagement Ring | 3,600 |
| Two Tone Diamond Ring | 2,000 |
| Black Diamond Cocktail Ring | 2,000 |
| White Gold Wedding Band | 40 |
| White Gold Wedding Band | 50 |
| Citrine Ring | 200 |
| Tanzanite Ring | 2,400 |
| White & Blue Diamond Band | 160 |
| Single Sapphire Ring | 200 |
| Multi Sapphire Ring | 300 |
| Blue Topaz Ring | 100 |
| Diamond Ring | 50 |
| Sapphire Ring Jacket | 40 |
| Chocolate Diamond Ring | 250 |
| Aquamarine Ring | 60 |
| Gold & Diamond Band | 100 |
| Moissanite Solitaire Ring | 100 |
| Gold & Diamond Crossover Ring | 50 |
| High School Class Ring | - |
| Sorority Ring | - |

8

| | |
|---|---|
| Gold Multi-Diamond Ring | 150 |
| Gold Four-Stone Ring | 50 |
| Cameo Ring | 20 |
| Small Gold Hoop Earrings | 20 |
| Silver Monogram Ring | 10 |
| Multi-Stone Diamond Earrings | 200 |
| Multi-Stone Diamond Necklace | 100 |
| Blue Diamond Earrings | 100 |
| Multi-Stone Diamond Earcuffs | 200 |
| Solitaire Diamond Necklace | 300 |
| Blue Topaz & Diamond David Yurman Bracelet | 200 |
| Blue Topaz David Yurman Bracelet | 180 |
| David Yurman X Bracelet | 150 |
| Phillip Gavriel Bracelet | 40 |
| John Hardy Two Tone Bracelet | 300 |
| Lagos Two Tone w/ Spheres Bracelet | 275 |
| Lagos Black Caviar Bracelet | 200 |
| Lagos White Caviar Bracelet | 200 |
| John Hardy Gold Bracelet | 850 |
| Phillip Gavriel Bracelet w/ X Detail | 50 |
| Phillip Gavriel Bracelet w/ Black Sapphire | 200 |
| Two Tone Gold Link Bracelet | 225 |
| Tiffany Key Necklace | 150 |
| Tiffany Key Necklace (Petite w/ Diamond) | 400 |
| John Hardy Classic Bracelet | 150 |
| Tiffany Silver Heart Necklace | 75 |
| White Gold Diamond Hoop Earrings | 200 |
| White Gold Diamond Double Earrings | 140 |
| X&O Tennis Bracelet | 240 |
| Diamond Bangle Bracelet | 800 |
| David Yurman Pendant w/ Chain | 300 |
| 22" Pearl Necklace | 2,000 |
| Pearl Bracelet w/ Rondelle | 1,000 |
| Pearl Earrings w/ Diamond | 1,000 |
| 18" Pearl Necklace | 200 |
| Pendant w/ Diamond Necklace | 800 |
| Blue Diamond Pendant | 275 |
| Ladies Tag Hauer Watch | 700 |
| Ladies Rolex Watch | 3,000 |
| Gold Lever Back w/ Diamond Earrings | 300 |
| Diamond Circle Necklace | 100 |

9

| | |
|---|---|
| Fan Diamond Necklace | 200 |
| Tanzanite Necklace | 800 |
| Citrine Necklace | 400 |
| Blue Topaz Necklace | 100 |
| Bezel Set Solitair Necklace | 200 |
| Diamond "Ribbon" Necklace | 2,000 |
| Assorted Costume Jewelry | 700 |
| Seiko Astrom Watch and 18 Misc. Watches | 2700 |
| Lagos Black Caviar Necklace | 400 |
| Lagos White Caviar Necklace | 400 |
| Tiffany Lock Bracelet | 200 |
| Non-farm animals | |
| 2 dogs | 20 |
| Any other personal and household items | |
| Children's toys | 250 |
| Deposits of Money | |
| North Alabama Bank | 147,866.33 |
| Renasant Bank | 503.11 |
| Redstone Federal Credit Union | 10.10 |
| Renasant Bank | 514.82 |
| Bonds, Mutual Funds, or Publicly Traded Stocks | |
| ETrade – Brokerage Account | 77.48 |
| ETrade – Brokerage Account | 29.25 |
| Non-Publicly Traded Stock and Interests in Incorporated or Unincorporated Businesses, including interest in an LLC, partnership, and joint venture | |
| Deep Blue Holdings, LLC (5.2% ownership) | Unknown |
| Argo Agency, LLC | Unknown |
| House Divided Properties, LLC (70% owernship) | 14,197 |
| Auto Experts, LLC (50% ownership)(Not operating) | 0 |
| Shickles Media, LLC (100% ownership) | Unknown |
| 451 Press, LLC | Unknown |
| Shickles Event Management, LLC (100% ownership) | 0 |
| Government and Corporate Bonds and Other Negotiable and Non-negotiable Instruments | |
| IRA Roth – Fidelity | 0 |
| Deposits | |
| Huntsville Public Utilities | 748 |
| Other Amounts Owed to Debtors | |

10

Case 19-80155-CRJ11   Doc 284-4   Filed 06/09/19   Entered 06/09/19 18:48:43   Desc
Schedule Schedule 4 Property List   Page 10 of 20

| | |
|---|---|
| Two weeks unpaid wages from Simple Helix | 7,692.31 |
| Unpaid PTO 206.73 accrued hours | 19,877.88 |
| Promissory Notes owed by Simple Helix | 200,000 |
| Money owed by Deep Blue/Simple Helix for value of Ford Expedition trade in applied to purchase of 2018 Expedition | 40,000 |
| Insurance Policies | |
| State Farm Term Insurance (Husband term) | 0 |
| State Farm Term Insurance (Wife term) | 0 |
| State Farm Homeowners Insurance | 0 |
| Claims Against Third Parties | |
| Claims against Josh Brown and Steve Barnes | Unknown |
| Contingent Claims | |
| Lawsuit Claims against Simple Helix, LLC et al. | Unknown |
| Other Property | |
| Disney Vacation Club Membership | Unknown |
| Hilton Resorts Orlando Timeshare | Unknown |
| Assets Owned by Shickles Media, LLC Located at 116 Newby Road | |
| Front Area | |
| Couch | 250.00 |
| 2 Chairs | 200.00 |
| Pictures | 10.00 |
| 2 Monitors | 300.00 |
| Star Wars Helmet | 150.00 |
| Table Track For Cameras | 150.00 |
| Brass Fixtures | 50.00 |
| TV Screen | 100.00 |
| Room 1 | |
| Arcade Machine | 500.00 |
| Speaker | 50.00 |
| Lights | 400.00 |
| Projector Screen | 75.00 |
| Room 2 | |
| Wash Towels | 0.00 |
| Tools | 25.00 |
| Nuts & Bolts | 100.00 |
| Room 3 | |
| 5 Year Old 3D Printing Machine & | 750.00 |

11

| | |
|---|---|
| Accessories | |
| Room 4 | |
| 3 Star Wars Stormtrooper Helmets | 450.00 |
| Lights And Light Stands | 250.00 |
| Dolly | 150.00 |
| Room 5 | |
| Computer With Monitor | 500.00 |
| 1 HP Computers | 300.00 |
| Hard Drive | 50.00 |
| Tape Drive | 0.00 |
| Room 6 | |
| Tripod Bags | 25.00 |
| 18 Tripods | 1800.00 |
| 3 Car Tripods | 300.00 |
| Pocket Jib | 175.00 |
| Futaba Remote Control | 25.00 |
| Bag Of Extension Bars | 100.00 |
| 9 Tripod Heads | 900.00 |
| 2 Plastic Cases | 25.00 |
| 4 Sandbags | 40.00 |
| 12 GoPro Hero 4 Cameras | 600.00 |
| 5" HDMI Monitor | 150.00 |
| Wireless Adapter | 75.00 |
| Canon Camera Xcite | 250.00 |
| 4 SmallHD 5in. Monitors | 320.00 |
| Additional Track Bars With Wheels | 350.00 |
| 2 Lights With Stands | 50.00 |
| 2 Tripods | 200.00 |
| Triangle Track Mount | 105.00 |
| Apple Box | 100.00 |
| 2 Lapel Microphones | 75.00 |
| Camera Mount | 35.00 |
| 2 GoPro Camera Mounts | 10.00 |
| Benz GoPro 360 Mount | 35.00 |
| 2 Microphone Recorders | 200.00 |
| Receiver-Transmitter | 35.00 |
| Power Cords | 0.00 |
| Cables | 0.00 |
| Microphone | 85.00 |
| Matte Box For Camera | 125.00 |
| Track Bars | 300.00 |
| Audio Recorder | 200.00 |
| Camera Bags | 250.00 |
| Ditto Track | 275.00 |

12

| | |
|---|---|
| Foam Camera Housing | 15.00 |
| Brackets | 15.00 |
| Pan And Tilt Head Cam For Camera | 100.00 |
| Camera Brackets And Housing | 8.00 |
| 4 Mevo Cameras | 400.00 |
| BCT Mounting Plate | 25.00 |
| Camera Monitor Mount | 32.50 |
| Bar Stand | 5.00 |
| Adapter | 2.50 |
| Remote Control For Car | 25.00 |
| Dittogear Track | 35.00 |
| Hardwire Remote | 50.00 |
| Remote Control For Car Homemade | 0.00 |
| 14 Light Batteries | 350.00 |
| 12 Car Batteries | 120.00 |
| Futaba Remote | 15.00 |
| Box Bars | 100.00 |
| 3 Camera Cases Large Empty | 150.00 |
| 4 Light Manfrotto | 200.00 |
| 2 Ice Lights | 50.00 |
| 3 Metal Travel Clear Cases | 120.00 |
| 4 Lights Plus Stands | 175.00 |
| Oetiker Own Track Widths Power Supply | 35.00 |
| Kessler Head For Camera | 50.00 |
| Bin Of Battery Charges Etc | 75.00 |
| Empty Cases | 0.00 |
| Drone Kit Unassembled | 200.00 |
| 15 Empty Camera Bags | 375.00 |
| Echo Power Supply | 20.00 |
| Canon Camera | 180.00 |
| Memory Card Reader | 10.00 |
| Light Strip | 5.00 |
| Miscellaneous Camera Items | 50.00 |
| Power Cords | 2.50 |
| Remote For Drone Handheld | 50.00 |
| Tripod Lens Adapters | 22.50 |
| 2 Focus Lenses | 120.00 |
| Atoms Monitor | 240.00 |
| 2 Leg Clamps | 30.00 |
| Mat Board | 15.00 |
| 1 Sony HD Camera | 120.00 |
| Panasonic HC X1000 Camera | 800.00 |
| Camera Bags | 250.00 |
| Batteries | 70.00 |

13

| | |
|---|---|
| Battery Chargers | 25.00 |
| 2 Small HD Monitors | 200.00 |
| Boom Pole | 75.00 |
| Room 7 | |
| Home Made Simulator Race Car With Computer | 5000.00 |
| HP Printer | 150.00 |
| Sound Effects Box With CDs | 85.00 |
| Additional Items | |
| Rogue flash bender | 20.00 |
| 2012 dell desktop | 50.00 |
| 2x Alienware desktops (doesn't function- parts) | 50.00 |
| 3x flash point circular lights | 75.00 |
| manfrotto highhat leg | 100.00 |
| manfrotto 502AH ball head | 00.00 |
| 3x BenQ XR3501 monitors | 1,200.00 |
| Rubbermaid utility cart | 80.00 |
| DSD button pad | 50.00 |
| Fanatec CSR pedals | 40.00 |
| 3x Litepanels 1x1 bi-color lights | 600.00 |
| DJI Ronin-M | 200.00 |
| Rennsport cockpit | 250.00 |
| Mefoto Tripod | 40.00 |
| 3x LG 21" Monitors | 300.00 |
| Fanatec Sparco sim seat | 220.00 |
| Paghian NLR Cockpit | 250.00 |
| Paghian monitor stand | 100.00 |
| Paghian floor mat | 35.00 |
| Paghian gaming desktop | 60.00 |
| Thrustmaster T500RS | 100.00 |
| Digital Juice FlexTrac and Dolly | 300.00 |
| Property Located at Warehouse: 3304 Long Avenue | |
| 4 Segways | 16,000.00 |
| Kerosene Heater | 300.00 |
| Canon EOS 80d | 700.00 |
| 2 Sonic Tool Chests | 8,000.00 |
| Large Box Fan | 100.00 |
| 5561 Hydraulic Lift | 4,000.00 |
| Miscellaneous Office Chairs | 800.00 |
| 3 Flood Lights | 250.00 |

| | |
|---|---|
| Tool Cart | 50.00 |
| CNC Machine With Accessories | 8,500.00 |
| Ping Pong Table | 250.00 |
| Fuse Ball Table | 0.00 |
| Work Table | 250.00 |
| 3 Generators | 1,800.00 |
| Battery Charger | 25.00 |
| Miscellaneous Tires Consisting of Two Sets | 100.00 |
| 5 Helmets | 0.00 |
| 1 Golf Net | 75.00 |
| Whiteboard | 15.00 |
| Table | 0.00 |
| Tarp | 0.00 |
| 5 Blowers | 250.00 |
| Miscellaneous Foam Ramps | 1,500.00 |
| Cage Reinforcement | 500.00 |
| Grill | 150.00 |
| Weed Eater | 250.00 |
| Tarp Canopy | 150.00 |
| Keurig | 50.00 |
| Set Of Support Bars For Vehicle | 50.00 |
| Table Top 40 X 45 | 150.00 |
| Dremel tool | 50.00 |
| Metal Bar Reinforcement Head | 250.00 |
| 4 Yeti Coolers | 1,000.00 |
| 4 Plastic Storage Bins | 25.00 |
| Chainsaw | 300.00 |
| Miscellaneous Cords | 15.00 |
| 4 Monkey Bar Storage Units | 100.00 |
| Snorkel for Jeep Wrangler | 150.00 |
| 4 Jeep Auto Accessories | 200.00 |
| Power Strips | 10.00 |
| Magnetic Whiteboard | 15.00 |
| 30 Amp Power Strip | 25.00 |
| 2 Drum Fans | 200.00 |
| 2 Leaf Blowers | 150.00 |
| 4 Gas Cans | 40.00 |
| Yard Tools | 150.00 |
| Storage Units | |
| Storage Unit #G356 | |
| 2 High Back Chairs | 400.00 |
| Raft Covers | 0.00 |
| 7 Trash Bins | 70.00 |
| 2 - 10 Ft Tables | 100.00 |

15

Case 19-80155-CRJ11   Doc 284-4   Filed 06/09/19   Entered 06/09/19 18:48:43   Desc
Schedule Schedule 4 Property List   Page 15 of 20

| | |
|---|---|
| Blower | 25.00 |
| 5 Boxes of LEGOS | 250.00 |
| Solar Battery With Panels | 150.00 |
| 5 Air Tanks For Scuba Gear | 0.00 |
| Mailbox | 25.00 |
| Board | 10.00 |
| Canopy | 25.00 |
| Box of Book Bags | 50.00 |
| 2 Kneeboards | 50.00 |
| Sprinkler System Materials | 20.00 |
| Storage Containers | 100.00 |
| Air Take System | 75.00 |
| Light Components | 15.00 |
| Air Blower Plus Tubing | 50.00 |
| 1 Set Of Golf Clubs | 250.00 |
| Bounce Screen | 15.00 |
| Framing Jig Table | 100.00 |
| Table Saw | 150.00 |
| Miter Saw | 150.00 |
| Drum Fan | 50.00 |
| 4 Trash Cans | 40.00 |
| Fertilizer | 0.00 |
| 4 Water  Barrels | 80.00 |
| Roller Bag | 20.00 |
| Pressure Washer | 75.00 |
| 2 Small Box Fans | 30.00 |
| Carpet Pads | 15.00 |
| Roller Case | 5.00 |
| Extending Ladder | 75.00 |
| Storage Unit #H391 | |
| 5 metal shelving units | 150.00 |
| 2 plastic shelving units | 30.00 |
| Outdoor Movies Airscreen (large inflatable movie screen) | 200.00 |
| 1 Pair of  Peavey large speakers | 100.00 |
| Peavey Mixer XR8600 | 100.00 |
| 1 Pair of Peavey Floor Monitors | 200.00 |
| Peavey KB2 Amp | 150.00 |
| Hard case for Furman ProHD Rack with multiple components (Alesis mixer, monitors, dvd player) | 200.00 |
| Blower for Outdoor Movies screen, green | 25.00 |
| 2 large Yeti coolers, white | 200.00 |
| Folding table | 25.00 |

16

| | |
|---|---|
| 2 Wolfgang car wash buckets on rollers (new) | 10.00 |
| Little Giant ladder | 50.00 |
| c-clamp metal rack, black | unknown |
| Rolling Christmas tree canvas bag, red | 5.00 |
| Bike rack | 50.00 |
| Rigid Shop Vac | 50.00 |
| 2 Goal Zero stands for solar panels | unknown |
| 2 adult bicycles (1 white Trek and 1 yellow/neon green) | 200.00 |
| Air purifier | unknown |
| 4 tires with OZ Racing rims | unknown |
| Spare tire rack for Jeep | unknown |
| 2 new Survival kits | unknown |
| Craftsman small, red tool box (empty) | 10.00 |
| 9 empty Rubbermaid bins (medium size) | 90.00 |
| 4 large plastic bins with garland | unknown |
| Makita Pneumatics air compressor | 150.00 |
| 1 large black iSeries hard case (Pelican style) | 15.00 |
| 3 medium iSeries black hard cases (Pelican style) | 45.00 |
| 1 smaller iSeries black hard case (Pelican style) | 15.00 |
| Broom | 1.00 |
| Tub of hoses and trailer receiver | unknown |
| Small Survival Kit | unknown |
| 108 small Sterilite plastic containers (new) | 180.00 |
| Provantage outdoor camera housing | unknown |
| Tools for removing car panels | unknown |
| Scuba Regulator | 0.00 |
| Digital Juice Grip Stand x 3 sets | 150.00 |
| 3 zipper canvas bags | unknown |
| Tachometer | unknown |
| Rock Polisher | 20.00 |
| Roland Vacuum table, model ZV-23A | 75.00 |
| Box of Star Wars figures | unknown |
| Steering Wheel Adapter Lock System | unknown |
| 2 small Pelican style cases, orange | 15.00 |
| Small Pelican style case with GoPro | 25.00 |

17

| | |
|---|---|
| accessories | |
| Box of GoPro accessories from Traqmate | 50.00 |
| Container of miscellaneous cables | unknown |
| Box of Star Wars figures, new | unknown |
| AXIS P1346-E Network Camera | 200.00 |
| Bin/holding case of router bits | unknown |
| Container with underwater camera housings | unknown |
| Container of straps | unknown |
| Bin of camera accessories | unknown |
| Box of various Star Wars figures | unknown |
| Box of microfiber towels | 10.00 |
| Bin of cables and misc. small hand tools | unknown |
| 2 battery fans | unknown |
| Box of miscellaneous school supplies | unknown |
| Travel roller bag | unknown |
| Remote control for car | unknown |
| 2 bins with miscellaneous cables | unknown |
| Battery operated fan | unknown |
| Box of t-shirts, tape gun and other miscellaneous items | unknown |
| Box of car cleaning rags | unknown |
| Lionel train set controller | 25.00 |
| Hiking backpack | unknown |
| Bin with various clothing items | unknown |
| Bin of new backpacks | unknown |
| Box of new folding, camping chairs | unknown |
| Box of new c-clamps | unknown |
| Box of miscellaneous tool items (Bosch self-leveling laser, Rigid drill set, home repair books) | unknown |
| Small tool bag with tools | unknown |
| Box with plastic bins and yoga mat | unknown |
| Box with 8 small Pelican style cases | 80.00 |
| Box with 5 small, waterproof Pelican cases | 75.00 |
| Folding table | 15.00 |
| Box of miscellaneous hand tools | unknown |
| Rear motorcycle seat | unknown |
| Wolfgang, rolling car wash bucket | 10.00 |
| Box with 2 Smart watches and Go-Pro accessories | 50.00 |
| Box with plastic front motorcycle | unknown |

18

| | |
|---|---|
| fender and motorcycle windshield | |
| Weller Benchtop Smoke Absorber | 25.00 |
| Rigid Auto Detailing Kit | 30.00 |
| Box of zipper, canvas cases | unknown |
| Box with Atari, laminator, photo album and other misc. items | unknown |
| Box of straps | unknown |
| Box with twist ties, drill bits, Skycharger | unknown |
| Box of painting supplies and light | unknown |
| Box with nail gun, water bottles, drop cloth and other misc items | unknown |
| DeWalt 36V drill with charger and battery | 50.00 |
| Makita 18V drill with 2 batteries and charger | 50.00 |
| Car kit with jumper cables | unknown |
| 8M vacuum | unknown |
| Bosch router | 50.00 |
| DeWalt 18V drill with 2 batteries and charger | 50.00 |
| Die set | 20.00 |
| Artillery Pry Bar set | 100.00 |
| Bosch Jigsaw | 60.00 |
| Car kit (roadside kit) | 15.00 |
| Bosch Rotozip | 15.00 |
| Hitachi Sawzall, UVP CR13VBY | 75.00 |
| Porter Cable nail gun | 25.00 |
| Rigid Grinder set | 65.00 |
| Rigid Drill set | 75.00 |
| Black & Decker sander | 30.00 |
| Bosch digital level | 25.00 |
| Rigid Powertool combo pack with circular saw, drill | 150.00 |
| Rigid Hammerdrill | 65.00 |
| Lineman phone | 15.00 |
| Toner | 10.00 |
| Vacuum | unknown |
| 3 wrench sets | unknown |
| Soldering Station | 20.00 |
| Porter Cable Router | 45.00 |
| 5 plastic storage bins | unknown |
| Olympia 2 drawer case with nuts & bolts | 30.00 |
| Tub of classroom decorations | unknown |

19

| | |
|---|---|
| Box of extension cords and 3M labeler & fan | unknown |
| 2 shop vacs | 50.00 |
| GoalZero solar panel in canvas bag | 35.00 |
| GoalZero canvas bag for solar panel | 15.00 |
| Box with Dyson handheld vacuum and dog items | 20.00 |
| Box with outdoor floor fan | unknown |
| Tripod stands for speakers | 20.00 |
| Extension cords | unknown |
| Multimeter | unknown |
| Bosch laser level | 25.00 |
| Door seal | unknown |
| Box of grab handles for Jeep (new) | 30.00 |
| AEV ProCal Module (speedometer recalibration) | unknown |
| Jeep mirrors (new) | 50.00 |
| 2 boxes with Jeep snorkel pieces | unknown |
| 2 Jeep door storage hinges (new) | 50.00 |
| Boat cover | unknown |
| 2 tarps | unknown |
| Set of boat bumpers | unknown |
| Box of cleaning liquids | unknown |
| Lenovo box with die set | unknown |
| Shelf with black sand bags | 10.00 |
| 2 small Pelican style cases | 15.00 |
| Survival kit in desert sand colored bag | unknown |
| Box of books | unknown |
| 2 boxes of cleaning supplies | unknown |
| 50' extension cord | unknown |
| Box of car cleaning rags | unknown |
| Box of bins with screws, clamps and nails | unknown |

20