UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ( |
| | ( |
| V. | (  CAUSE NO.   A-22-CR-187(1)-RP |
| | ( |
| STEVE RAY SHICKLES, JR. | ( |

NOTICE OF APPEAL

NOW COMES Steve Ray Shickles, Jr., by and through his undersigned attorney, and hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Sentencing hereby imposed under the Sentencing Reform Act, as pronounced by a district judge on June 16, 2023 and filed on June 20, 2023.

DATED this the 21st day of June, 2023.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/S/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew B. Devlin
United States Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

Joseph Gay
United States Attorney's Office
601 NW Loop 410, Ste. 600
San Antonio, TX 78216

/s/ Horatio R. Aldredge