UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CAUSE NO.   A-22-CR-187(1)-RP |
| | ) | |
| STEVE RAY SHICKLES, JR. | ) | |

## DESIGNATION OF RECORD

NOW COMES Steve Ray Shickles, Jr., by and through his undersigned attorney and hereby designates as record all of the original documents and instruments filed with the District Clerk, and including but not limited to, all exhibits entered into evidence by either the government or defendant, the presentence investigation report, Defendant's objections to the presentence investigation report, and a complete transcript of all court proceedings including Rearraignment/Plea Hearing held on September 26, 2022; and the Sentencing Hearing held on June 16, 2023; and a certified copy of the docket entries prepared by the Clerk of the Court.

DATED this the 21st day of June, 2023.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ HORATIO R. ALDREDGE
Assistant Federal Public Defender
Western District of Texas
504 Lavaca, Suite 960

Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew B. Devlin
United States Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

Joseph Gay
United States Attorney's Office
601 NW Loop 410, Ste. 600
San Antonio, TX 78216

/s/ Horatio R. Aldredge