**TRANSCRIPT ORDER FORM (DKT-13)** - <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court **Western District of Texas**       District Court Docket No. **A-22-CR-187(1)-RP**

Short Case Title **U.S.A. v. Steve Ray Shickles, Jr.**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **FTR**

Date Notice of Appeal Filed in the District Court **June 21, 2023**       Court of Appeals No. _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

OR

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____   ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____   ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____   ☐ Jury Instructions _____   ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 09/26/2022 | Rearraignment/Plea | USMJ/Dustin M. Howell |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
■ Other **Invoice FPD**

Signature **/s/ Horatio R. Aldredge**       Date Transcript Ordered **06/22/2023**

Print Name **Horatio R. Aldredge**       Phone **(512)916-5025**

Counsel for **Defendant**

Address **504 Lavaca St., Ste. 960, Austin, TX 78701**

----

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
        ☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

----

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____       Actual Number of Volumes _____

Date _____ Signature of Reporter _____

| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME  Horatio R. Aldredge | | 2. PHONE NUMBER  (512) 916-5025 | 3. DATE  6/22/2023 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS  504 Lavaca St., Suite 960 | | 5. CITY  Austin | 6. STATE  TX | 7. ZIP CODE  78701 |
| 8. CASE NUMBER  A-22-CR-187(1)-RP | 9. JUDGE  Dustin M. Howell | DATES OF PROCEEDINGS | | |
| | | 10. FROM  9/26/2022 | 11. TO  9/26/2022 | |
| 12. CASE NAME  U.S.A. vs. Steve Ray Shickles, Jr. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY  Austin | 14. STATE  TX | |

| 15. ORDER FOR | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)  Rearraignment/Plea Hearing | 09/26/2022 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE  /s/ Horatio R. Aldredge | | | | PROCESSED BY | |
| 19. DATE  6/22/2023 | | | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY