AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 2 of 6

DEFENDANT: STEVE RAY SHICKLES, JR.
CASE NUMBER: 1:22-CR-00187(1)-RP

FILED

2023 AUG 16 AM 11: 40

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 63 *CR* months as to count 1.

The defendant shall surrender for service of sentence at the institution designated by the Federal Bureau of Prisons as notified by the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in a federal facility as close to Montgomery, AL area as possible for family visitation.

The Court makes the following recommendation(s) to the Bureau of Prisons: That the defendant participate in the 500 Hour Residential Drug Abuse Program, or alternatively that he participate in the most intensive drug treatment program available during the period of confinement. If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.

## RETURN

I have executed this judgment as follows: Voluntary Surrender to BOP

Defendant delivered on 8/15/23 to FPC Montgomery

at 14:00 hrs , with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

UNITED STATES MARSHAL

Gabriel Rodriguez JA

By
DEPUTY UNITED STATES MARSHAL