**FILED**
September 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50478   USA v. Shickles
                    USDC No. 1:22-CR-187-1  RP

The court has considered the motion of Steve Ray Shickles to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Steve Ray Shickles may obtain all ex parte documents *filed on behalf of* Steve Ray Shickles, and all other non ex parte documents in the record.  The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa B. Courseault, Deputy Clerk
                          504-310-7701

Mr. Philip Devlin
Ms. Maureen Scott Franco
Mr. Joseph H. Gay Jr.
Ms. Kristin Michelle Kimmelman