FILED
January 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50478
_____

United States of America,

          *Plaintiff—Appellee*,

versus

Steve Ray Shickles, Jr.,

          *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CR-187-1   RP
_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of January 18, 2024, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                By: _____
                      Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jan 18, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 18, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

      No. 23-50478    USA v. Shickles
                            USDC No. 1:22-CR-187-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

cc w/encl:
    Ms. Maureen Scott Franco
    Mr. Joseph H. Gay Jr.
    Ms. Kristin Michelle Kimmelman
    Ms. Judy Fulmer Madewell