United States District Court
Western District of Texas
Austin Division

United States of America,
      Plaintiff,

      v.

Steve Ray Shickles, Jr.,
      Defendant,

and

Coinbase, Inc.,
      Garnishee.

Case No. 1:22-CR-00187(1)-RP

### Ex Parte Motion to Seal Garnishment Documents

Plaintiff United States of America files this ex parte Motion to Seal Garnishment Documents. In support of the Motion, Plaintiff shows as follows:

The United States of America is filing a garnishment action in this criminal case, and it is prudent that documents in this action be sealed. It is necessary to seal the initial garnishment documents to prevent disclosure of this enforcement proceeding to Defendant prior to service of process on the Garnishee lest Defendant attempt to transfer property to avoid garnishment.

The United States of America therefore moves this Court to seal the following:

- Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment; and
- Clerk's Notice of Post-Judgment Garnishment.

After the United States serves the Garnishee and the Garnishee has answered, the United States will file a Motion to Unseal the sealed documents.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:  /s/ *Steven E. Seward*

**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

    v.                                                            Case No. 1:22-CR-00187(1)-RP

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

## Order to Seal Garnishment Documents

The United States of America has filed a motion to seal certain documents related to a garnishment proceeding. In the interest of justice, the Court finds the motion should be granted.

**IT IS HEREBY ORDERED** that said Motion to Seal Garnishment Documents related to the garnishment proceeding in this case be and hereby is granted and that the following documents will be filed under seal:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment; and
- Clerk's Notice of Post-Judgment Garnishment.

**IT IS FURTHER ORDERED** that the documents shall remain sealed until the United States files a Motion to Unseal Garnishment Documents after service of and answer by the Garnishee to the writ of garnishment.

Dated: _____

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE