United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

## Notice of Appearance

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

Steven E. Seward<br>
Assistant United States Attorney<br>
601 N.W. Loop 410, Suite 600<br>
San Antonio, Texas 78216<br>
Steven.Seward@usdoj.gov

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
    **STEVEN E. SEWARD**
    Assistant United States Attorney
    Florida Bar No. 29546
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    T: (210) 384-7259
    F: (210) 384-7247
    E-mail: Steven.Seward@usdoj.gov