United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

Case No. 1:22-CR-00187(1)-RP

## Order for Issuance of Writ of Garnishment

The United States of America has applied for a writ of garnishment against any non-exempt property belonging to Defendant Steve Ray Shickles, Jr. within the custody, possession, or control of the Garnishee Coinbase, Inc. or for which Garnishee is or may become indebted to the Defendant. The Court, having considered the Application for Writ of Garnishment, finds that the application meets the requirements of 28 U.S.C. §§ 3202 and 3205 and should be granted.

**IT IS THEREFORE ORDERED** that the Writ of Garnishment be issued by the Clerk.

**IT IS FURTHER ORDERED** that the United States of America serve Garnishee with a copy of the Writ of Garnishment, accompanied by instructions explaining the requirement that the garnishee submit a written answer to the writ; that the United States of America serve the Defendant with a copy of the Writ of Garnishment, accompanied by instructions for objecting to the Garnishee's answer and for obtaining a hearing on the objections; that the United States of America serve any interested party under 28 U.S.C. § 3202(c) with a copy of the Writ of Garnishment; and that the United States of America file a Certificate of Service with this Court when such service is accomplished.

**IT IS SO ORDERED.**

Dated: _____

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE