United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

## Writ of Garnishment

**GREETINGS TO:**     **Coinbase, Inc.**
**Attn: Global Investigations**
**430 California**
**San Francisco, California 94104**

An application for a Writ of Garnishment against the property of Defendant Steve Ray Shickles, Jr. has been filed with this Court. A criminal judgment was entered against the above-named Defendant in the amount of $1,757,739.93. According to the records of the United States District Clerk for the Western District of Texas, the current principal balance of $1,757,439.93 is due and owing as of April 18, 2024. The judgment bears interest at the rate of 0.00%. Under 18 U.S.C. § 3613(a)(1), the United States may enforce a criminal judgment imposing a fine or restitution against all property or right to property of the defendant "notwithstanding any other Federal law..." subject to certain exemptions, which are not applicable in this matter.

Pending further order of this Court and pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee Coinbase, Inc. shall withhold and retain any property in which the Defendant Steve Ray Shickles, Jr. has a substantial non-exempt interest and for which it is or may become indebted to the Defendant until further order of the Court.

You are required by 28 U.S.C. § 3205(c) to answer **in writing, under oath, and within ten (10) days**, whether or not you have in your custody, possession, or control, or anticipate receiving any property in which the Defendant has a substantial non-exempt interest.  Your answer must comply with 28 U.S.C. § 3205(c)(4) by including:

(A)   whether the garnishee has custody, control or possession of such property;

(B)   a description of such property and the value of such interest;

(C)   a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

(D)   the amount of the debt the garnishee anticipates owing to the judgment debtor in the future and whether the period for payment will be weekly or another specified period.

You may use the attached form for this purpose, if you wish. You must answer the writ within ten (10) days of service of this writ by filing your answer with the **United States District Clerk, 501 W. 5th Street, Room 1100, Austin Texas 78701**. Additionally, you are required by law to serve a copy of your answer upon the **Defendant Steve Ray Shickles, Jr., Register No. 16877-510, FPC Montgomery, Federal Prison Camp, Maxwell Air Force Base, Montgomery, Alabama 36112.**  You must also serve a copy of your answer upon the **Financial Litigation Unit, USAO-WDTX, Attn: AUSA Steven E. Seward, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216**.

Property which is exempt from this writ of garnishment pursuant to federal law may not be subject to this order as described on the attached form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court pursuant to 28 U.S.C. § 3205(c)(6).  If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value

of the Defendant's non-exempt property. ***It is unlawful to pay or deliver to the Defendant any item attached by this writ until further Court order***.

This writ is continuing in nature and shall be terminated only if one of the following conditions are met: (1) the Court issues an order quashing the writ; (2) the subject property is exhausted (with certain exceptions set out in 28 U.S.C. § 3205(c)(10)(B)); or (3) the debt is satisfied.

Dated: _____

PHILIP J. DEVLIN
UNITED STATES DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

By: _____
Deputy Clerk