**EX PARTE**
**SEALED**

United States District Court
Western District of Texas
Austin Division

FILED
April 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

United States of America,
    Plaintiff,

v.

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

Case No. 1:22-CR-00187(1)-RP

### Order to Seal Garnishment Documents

The United States of America has filed a motion to seal certain documents related to a garnishment proceeding. In the interest of justice, the Court finds the motion should be granted.

**IT IS HEREBY ORDERED** that said Motion to Seal Garnishment Documents related to the garnishment proceeding in this case be and hereby is granted and that the following documents will be filed under seal:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment; and
- Clerk's Notice of Post-Judgment Garnishment.

**IT IS FURTHER ORDERED** that the documents shall remain sealed until the United States files a Motion to Unseal Garnishment Documents after service of and answer by the Garnishee to the writ of garnishment.

Dated: April 22, 2024

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE