**SEALED**

FILED

JUN - 4 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

### Ex Parte Application for Writ Of Garnishment

The United States of America makes application pursuant to the Mandatory Victim Restitution Act (MVRA), 18 U.S.C. § 3613, and 28 U.S.C. §§ 3202 and 3205 to the Clerk of the United States District Court for the Western District of Texas to issue a writ of garnishment upon the property of the Defendant, who is a judgment debtor of the United States.[1] On June 16, 2023, the Court sentenced Defendant Steve Ray Shickles, Jr. to 63 months of imprisonment, 3 years of supervised release, a $100.00 mandatory special assessment, a $100,000.00 fine and $1,657,639.93 in restitution after he pled guilty of one count of Wire Fraud in violation of 18 U.S.C. § 1343. (*See* JCC, Doc. No. 35). Upon Defendant's sentence, a federal tax type lien arose and was automatically and statutorily imposed on all of his property for collection of the outstanding restitution/fine. *See* 18 U.S.C. § 3613.

The writ of garnishment is sought in connection with this criminal judgment in the amount of $1,757,739.93, against the Defendant Steve Ray Shickles, Jr., Social Security Number ***-**-

---

[1] Applications for FDCPA writs are necessarily submitted *ex parte* without notice to judgment debtors and their insiders until after the process has been served on whomever is holding the subject property to prevent the transfer or dissipation of non-exempt assets. Once the United States certifies that process has been served, the *ex parte* restriction on this application and its related filings may be lifted.

4301, whose last known address is in Round Rock, TX 78681, but who is presently incarcerated at FPC Montgomery.[2]  According to the records of the United States District Clerk for the Western District of Texas, the current principal balance of the judgment debt is $1,757,439.93 as of April 18, 2024.  The judgment bears interest at the rate of 0.00%.

Not less than thirty (30) days have elapsed since demand was made on the Defendant for payment of the debt, and the Defendant has failed to satisfy the debt. The Garnishee, its affiliates, successors, or assigns is believed to owe or will owe money or property to the Defendant, or is in possession, custody, or control of property of the Defendant, which property constitutes a substantial non-exempt interest of the Defendant.

The name and address of the Garnishee and/or its authorized agent is:

> Coinbase, Inc.
> Attn: Global Investigations
> 430 California
> San Francisco, California 94104

The United States respectfully requests that the writ be continuing in nature pursuant to 28 U.S.C. § 3205(c)(10).  The United States is entitled to a surcharge of 10% of the debt to cover the costs of collection.  *See* 28 U.S.C. § 3011(a).

> Respectfully submitted,
>
> JAIME ESPARZA
> UNITED STATES ATTORNEY

---

[2] Pursuant to Fed. R. Crim. P. 49.1, the defendant's social security number has been redacted to the last four digits and the Defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the court, the full social security number and address will be provided *in camera*.

By: /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

Case 1:22-cr-00187-RP   Document 54   Filed 06/04/24   Page 4 of 4