



JUN - 4 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

Case No. 1:22-CR-00187(1)-RP

## Notice of Appearance

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

Steven E. Seward
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Steven.Seward@usdoj.gov

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov