United States District Court
Western District of Texas
Austin Division

United States of America,
 Plaintiff,

v.

Steve Ray Shickles, Jr.,
 Defendant,

and

Coinbase, Inc.,
 Garnishee.

Case No. 1:22-CR-00187(1)-RP

## Answer of the Garnishee

__Sierra Bloyd__, Affiant, being duly sworn deposes and says:

That he/she is the __Senior Litigation Paralegal__ (state official title) of Garnishee, a __corporation__, organized under the laws of the State of __Delaware__.

On __June 14, 2024__, Garnishee received the Writ of Garnishment as stated on the Certificate of Service.

The Garnishee has custody, control or possession of the following property in which Steve Ray Shickles, Jr. maintains an interest, as described below:

| | Description of Property | Approx. Value | Description of Debtor's Interest |
|---|---|---|---|
| 1. | Cryptocurrency assets - see Attachment 1. | | |
| 2. | | | |
| 3. | | | |

RECEIVED

JUN 27 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
  DEPUTY CLERK

Garnishee anticipates owing to the Defendant in the future, the following amount:

    Amount    Estimated date or Period Due

1. $n/a _____

2. $_____ _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____ The Garnishee makes the following claim of exemption on the part of Defendant:
    n/a _____.

____ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

    n/a _____.

**X** The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

State date, type, and amount of last transaction (including deposit, withdrawals and account closings).

| | Date | Type | Amount |
|---|---|---|---|
| 1. | n/a | | |
| 2. | | | |
| 3. | | | |

Has the individual closed any accounts with your institution in the last 12 months?

| | | | |
|---|---|---|---|
| 1. | n/a | | |
| 2. | | | |
| 3. | | | |

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant **(1) Steve Ray Shickles, Jr., Register No. 16877-510, FPC Montgomery, Federal Prison Camp, Maxwell Air Force Base, Montgomery, Alabama 36112, (2) Financial Litigation Unit, USAO-WDTX, Attn: AUSA Steven E. Seward, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216 and (3) United States District Clerk, 501 W. 5th Street, Room 1100, Austin Texas 78701** on this 25th day of June, 2024.

*Sierra Suzanne Bloyd*
_____
Garnishee

Sierra Bloyd
_____
Garnishee Printed Name

ADDRESS: Coinbase, Inc.
248 3rd St., #434
Oakland, CA 94607

TELEPHONE: _____
FACSIMILE: _____
EMAIL: civil.subpoenas@coinbase.com

Subscribed and sworn to before me this 25th day of June 2024.

ECHARD BIEN-AIME
Notary Public - State of Florida
Commission # HH 153738
Expires on July 14, 2025

*Echard bien-aime*
_____
Notary Public
Notarized remotely online using communication technology via Proof

Attachment 1 - Answer of Garnishee Coinbase, Inc.

**FOIA Confidential Treatment Requested by Coinbase, Inc.**

| Account 1 | |
|---|---|
| User | Steve Shickles |
| User ID | 564ce328ec721f00d30001a6 |
| **Name** | **Balance** |
| Cash (USD) | 0.00 USD |
| BCH Wallet | 0.0000 BCH |
| BSV Wallet | 0.0000 BSV |
| BTC Wallet | 0.62086894 BTC |
| ETH2 Wallet | 0.0000 ETH2 |
| LTC Wallet | 0.0000 LTC |
| USDC Wallet | 3.906188 USDC |

| Account 2 | |
|---|---|
| User | Steve Shickles |
| User ID | 564ce0c79cbfd000bb00017f |
| **Name** | **Balance** |
| BCH Wallet | 0.0000 BCH |
| BTC Wallet | 0.0000 BTC |
| LTC Wallet | 0.0000 LTC |

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

SCREENED BY CSO
JUN 27 2024

**PRIORITY MAIL★**

FROM:
Coinbase, Inc.
248 3rd St., #434
Oakland, CA 94607

TO:
United States District Clerk
501 W. 5th St., Room 1100
Austin, TX 78701

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

**PRIORITY MAIL®**

$9.85

Origin: 94999
06/25/24
0554400604-13

0 Lb 2.20 Oz
RDC 03
C006

PRIORITY MAIL®
EXPECTED DELIVERY DAY: 06/27/24

SHIP TO:
STE 1100
501 W 5TH ST
AUSTIN TX 78701-3812

USPS TRACKING® #

9505 5150 7562 4177 2831 49

how2recycle.info
USPS.COM/PICKUP
To schedule free Package Pickup, scan the QR code.

PAPER POUCH

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle again.