United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

## Motion to Unseal Garnishment Documents

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents. In support hereof, Plaintiff shows as follows:

The Garnishee Coinbase, Inc. has been served with the writ of garnishment. It is no longer necessary for these proceedings to be sealed. The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
    **STEVEN E. SEWARD**
    Assistant United States Attorney
    Florida Bar No. 29546

601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Coinbase, Inc.
Attn: Legal Team
248 3rd St. #434
Oakland, California, 94607
*Garnishee*

Steve Ray Shickles, Jr., Register No. 16877-510
FPC Montgomery-Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112
*Defendant*

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney