United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>   Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>   Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>   Garnishee. | Case No. 1:22-CR-00187(1)-RP |

### Order Unsealing Documents

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents because the garnishee has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: _____      _____
                                    ROBERT PITMAN
                                    UNITED STATES DISTRICT JUDGE