United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.                                        Case No. 1:22-CR-00187(1)-RP

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

### Certificate of Service

Plaintiff United States of America files this Certificate of Service.

1. On June 6, 2024, Garnishee Coinbase, Inc., was served with the Notice of Garnishment Letter, Notice of Right to Garnish Federal Benefits, Instructions to Garnishee, the Writ of Garnishment, draft Answer and List of Exemptions at the following address:

> Coinbase, Inc.
> Attn: Legal Team
> 248 3rd St. #434
> Oakland, California, 94607

2. On July 25, 2024, Defendant Steve Ray Shickles, Jr. was served with the Notice of Garnishment Letter (with Instructions), Clerk's Notice of Post-Judgment Garnishment (with Claim for Exemptions, Request for Hearing, and/or Request for Transfer), Ex Parte Application for Writ of Garnishment (redacted), Order for Issuance of Writ of Garnishment and Writ of Garnishment at the following address:

> Steve Ray Shickles, Jr., Register No. 16877-510
> FPC Montgomery-Federal Prison Camp
> Maxwell Air Force Base
> Montgomery, Alabama 36112

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

**Certificate of Service**

I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Coinbase, Inc.
Attn: Legal Team
248 3rd St. #434
Oakland, California, 94607
***Garnishee***

Steve Ray Shickles, Jr., Register No. 16877-510
FPC Montgomery-Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112
***Defendant***

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney