United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

## Motion for Final Order of Garnishment

Plaintiff, United States of America, files this Motion for Final Order of Garnishment, showing as follows:

1. On June 16, 2023, the Court sentenced Defendant Steve Ray Shickles, Jr. to 63 months of imprisonment, 3 years of supervised release, a $100.00 mandatory special assessment, a $100,000.00 fine and $1,657,639.93 in restitution after he pled guilty of one count of Wire Fraud in violation of 18 U.S.C. § 1343. (*See* JCC, Doc. No. 35). Upon Defendant's sentence, a federal tax type lien arose and was automatically and statutorily imposed on all of his property for collection of the outstanding restitution and fine. *See* 18 U.S.C. § 3613. According to the records of the United States District Clerk, $1,757,189.93 remains outstanding on this criminal debt.

2. On June 4, 2024, the Court ordered that a Writ of Garnishment be issued against Garnishee Coinbase, Inc. for any and all property belonging to the Defendant within its possession, custody, or control and Defendant Steve Ray Shickles, Jr.. (Doc. No.56).

3. On June 27, 2024, Garnishee filed an answer to the writ, admitting that it had nonexempt property in its possession. (Doc. No.59). Specifically, the Garnishee stated that it

held cryptocurrency assets with 0.62086894 BTC Wallet and 3.906188 USDC Wallet.

4.   Defendant was properly served with notice of the garnishment proceedings and Garnishee's answer. (Doc. No.61). He has not requested a hearing or claimed exemptions.

5.   The matter is therefore ripe for a final order of garnishment. Pursuant to 28 U.S.C. § 3205(c)(7) if no hearing is requested within the required time period (20 days from receipt of the answer), the Court shall enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in the garnished property. More than 20 days have passed since Garnishee filed its Answer.

6.   Accordingly, the United States respectfully requests that the attached order be entered directing Coinbase, Inc. to pay to the United States the entirety of the funds in the garnished accounts.

WHEREFORE, the United States prays that the proposed order be approved and entered by the Court.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:  /s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

## Certificate Of Service

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Coinbase, Inc.
248 3rd St., #434
Oakland, California 94607
*Garnishee*

Steve Ray Shickles, Jr., Register No. 16877-510
FPC Montgomery-Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112
*Defendant*

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney