United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>        Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>        Garnishee. | Case No. 1:22-CR-00187(1)-RP |

### Order

Came on to be considered the United States of America's Motion for Final Order of Garnishment in this garnishment proceeding against Garnishee Coinbase, Inc.. After consideration of the motion, the Court finds the relief is appropriate and that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion for Final Order of Garnishment is hereby **GRANTED**. A Final Order of Garnishment shall issue separately.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                ROBERT PITMAN
                                                                                UNITED STATES DISTRICT JUDGE