**FILED**

September 12, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

    v.

Steve Ray Shickles, Jr.,
    Defendant,

and

Coinbase, Inc.,
    Garnishee.

Case No. 1:22-CR-00187(1)-RP

## <u>Order</u>

Came on to be considered the United States of America's Motion for Final Order of Garnishment in this garnishment proceeding against Garnishee Coinbase, Inc.. After consideration of the motion, the Court finds the relief is appropriate and that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion for Final Order of Garnishment is hereby **GRANTED**. A Final Order of Garnishment shall issue separately.

**IT IS SO ORDERED.**

Dated: _____09/12/2024_____

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE