**FILED**
September 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America, <br>     Plaintiff, <br><br> v. <br><br> Steve Ray Shickles, Jr., <br>     Defendant, <br><br> and <br><br> Coinbase, Inc., <br>     Garnishee. | Case No. 1:22-CR-00187(1)-RP |

## Final Order of Garnishment

    A Writ of Garnishment directed to Coinbase, Inc. has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an answer, stating that at the time of the service of the writ it had in its possession or under its control cryptocurrency assets of Defendant Steve Ray Shickles, Jr., (Doc. No.59). The Defendant presently owes the Plaintiff the sum of $1,757,189.93 as of September 5, 2024. Defendant did not claim any exemptions or request a hearing.

    **IT IS THEREFORE ORDERED** that Garnishee cash out cryptocurrency assets containing 0.62086894 BTC Wallet and 3.906188 USDC Wallet, payable at market value to the Plaintiff any and all property of Steve Ray Shickles, Jr. in its possession, custody, or control as levied upon with the Writ of Garnishment served on Garnishee, plus any additional funds deposited from the date of service of the writ to the date of this order up to the full amount of the debt. Checks shall be made payable to the "U.S. District Clerk" and marked with the name of this case, "U.S. v. Steve Ray Shickles, Jr.." Checks shall be mailed to:

United States Attorney's Office
Attn: Financial Litigation
601 NW Loop 410, Ste. 600
San Antonio, Texas 78216

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall forward the funds to the United States District Clerk, Western District of Texas, for application to Defendant's criminal debt in this case. Upon receipt of payment, the Garnishee is discharged from all further liability in this matter pursuant to 28 U.S.C. § 3206.

**IT IS ORDERED** that the United States District Clerk apply all monies received to the judgment rendered in this case.

**IT IS ORDERED** that the United States Attorney's Office mail copies of this Order to the following:

Coinbase, Inc.
248 3rd St., #434
Oakland, California 94607
***Garnishee***

Steve Ray Shickles, Jr., Register No. 16877-510
FPC Montgomery-Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112
***Defendant***

**IT IS SO ORDERED.**

Dated:  09/12/2024

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE