United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steve Ray Shickles, Jr.,<br>    Defendant,<br><br>and<br><br>Coinbase, Inc.,<br>    Garnishee. | Case No. 1:22-CR-00187(1)-RP |

**Notice of Final Accounting
and Termination of Writ of Garnishment**

Pursuant to 28 U.S.C. § 3205(c)(9), Plaintiff United States of America hereby reports as follows on the garnishment of funds in which Defendant Steve Ray Shickles, Jr., had a non-exempt property interest and which were in the possession, custody, or control of Garnishee Coinbase, Inc.:

Pursuant to the Court's Final Order of Garnishment (Doc. No. 65), the Garnishee transmitted funds in the amount of $39,133.89 to the United States Attorney's Office for application to Defendant's debt. The amount transmitted was the full amount in the Garnishee's possession. The United States Attorney's Office has accounted for the funds and transmitted them to the United States District Clerk for payment on the debt.

Additionally, Plaintiff informs the Court that the writ of garnishment against Garnishee Coinbase, Inc. issued on June 4, 2024 (Doc. No. 56) has terminated pursuant to 28 U.S.C. § 3205(c)(10)(B) as the Garnishee has exhausted the property in its possession as explained above.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
    **STEVEN E. SEWARD**
    Assistant United States Attorney
    Florida Bar No. 29546
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    T: (210) 384-7259
    F: (210) 384-7247
    E-mail: Steven.Seward@usdoj.gov

## Certificate of Service

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Coinbase, Inc.
248 3rd St., #434
Oakland, California 94607
*Garnishee*

Steve Ray Shickles, Jr., Register No. 16877-510
FPC Montgomery-Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112
*Defendant*

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney