PROB 12B
(7/93)

**FILED**
March 30, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

# UNITED STATES DISTRICT COURT

## for

## Western District of Texas

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Steve Ray Shickles, Jr.          Case Number: 1:22-CR-00187(1)-RP

Name of Sentencing Judicial Officer: Honorable Robert Pitman, United States District Judge

Date of Original Sentence: June 16, 2023

Original Offense: Wire Fraud, in violation of 18 U.S.C. § 1343

Original Sentence: Sixty-three (63) months custody in the Bureau of Prisons, followed by a three (3) year term of supervised release. Special conditions: provide access to financial information, not incur new credit charges or open additional lines of credit without approval, no employment without prior approval, pay a $100 special assessment fee (satisfied), pay a fine of $100,000 (unpaid) and pay $1,657,639.93 ($1,616,606.04 balance) in restitution.

Type of Supervision: Supervised Release       Date Supervision Commenced: January 13, 2026

Assistant U.S. Attorney: Matthew B. Devlin     Defense Attorney: Horatio R. Aldredge (AFPD)

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

**The defendant shall pay the balance of the fine, $100,000.00, and restitution, $1,616,856.04, at the minimum monthly rate of $500.00, beginning March 12, 2026**.

Shickles Jr., Steve Ray
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page 2

## CAUSE

The defendant was ordered to pay a fine in the amount of $100,000.00 and restitution in the amount of $1,657,639.93. Shickles has secured full-time employment. As such, a payment schedule is requested from the Court in compliance with U.S. v. Albro, 32 F.3d 173 (5th Cir. 1994).

Due to the defendant's current financial profile, it is believed he can pay a minimum of $500.00 per month toward the restitution. Periodic reviews of his financial status will be completed to determine any adjustment to the payment schedule. Shickles has agreed to the modification as well and understands that he will need to pay the balance in restitution.

Approved by,                                          Respectfully submitted,

_____                        _____
Hector Garcia                                        Stephanie Whitsitt
Supervising U.S. Probation Officer                   U.S. Probation Officer
Date: March 26, 2026                                 Date: March 26, 2026

---

## THE COURT ORDERS:

[ ] No Action

[ ] The Extension of Supervision as Noted Above

[✓] The Modification of Conditions as Noted Above

[ ] Other

_____
Honorable Robert Pitman
U.S. District Judge

Date: _____03/30/2026_____

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall pay the balance of the fine, $100,000.00, and restitution, $1,616,856.04, at the rate of $500.00, beginning March 12, 2026.

Witness: _**MKollar**_
Madison Kollar
U.S. Probation Officer

Signed: _**Steve Shickles**_
Steve Ray Shickles Jr.
Probationer or Supervised Releasee

_**3/12/2026**_
Date